IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN BEAUREGARD,<br><br>               Plaintiff,<br>v.<br><br>BROADWAY ELECTRIC SERVICE CORPORATION,<br>               Defendant. | :<br>:<br>:  No. 2:21-cv-01600-WSS<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this 15 day of August, 2023, upon consideration of Plaintiff's "Unopposed Motion for Preliminary Approval of the Class Action Settlement and Other Related Relief" ("Motion") (Doc. 71), the accompanying "Class Action Settlement Agreement" ("Agreement") (Doc. 71-1), the accompanying Declaration of R. Andrew Santillo (Doc. 71-2), the accompanying Affidavit of Timothy Conboy (Doc. 71-3), the accompanying memorandum of law (Doc. 72), and all other papers and proceedings herein, it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**, and the settlement of this action is **PRELIMINARILY APPROVED** because it appears that, at the final approval stage, the Court "will likely be able to" approve the settlement under the criteria described in Federal Rule of Civil Procedure ("Civil Rule") 23(e)(2) and certify the settlement class under Civil Rule 23(a) and (b)(3) consisting of Plaintiff Justin Beauregard and the 233 other hourly employees who worked for Defendant Broadway Electric Service Corporation at the petrochemical facility in Monaca, Pennsylvania constructed for Shell Chemical Appalachia LLC in any workweek from May 11, 2020 through July 15, 2022. *See* Fed. R. Civ. P. 23(e)(1)(B)(i)-(ii).

2.      The "Notice of Settlement" form ("Notice Form") attached to the Agreement as Exhibit B and the notice protocols described in Section 6 of the Agreement are approved pursuant

1

to Civil Rules 23(c)(2)(B). The Notice Forms shall be sent to all class members listed in Exhibit A to the Agreement pursuant to Section 6 of the Agreement.

3. Individuals who wish to exclude themselves from the settlement must follow the procedures described in Section 8 of the Agreement and Section 8 of the Notice Form.

4. Individuals who wish to object to the settlement must follow the procedures described in Section 7 of the Agreement and Section 10 of the Notice Form.

5. Winebrake & Santillo, LLC (715 Twining Road, Suite 211, Dresher, PA 19025) and Conboy Law, LLC (733 Washington Road, Suite 201, Pittsburgh, PA 15228) are appointed interim class counsel per Civil Rule 23(g)(3) and shall ensure that the notice process contemplated by the Agreement is followed.

6. Pursuant to Civil Rule 23(e)(2), a hearing addressing final approval of the settlement will be held on January 8, 2024, ~~2023~~[1] at 11:00 AM in Courtroom 8B of the United States Courthouse, 700 Grant Street, Pittsburgh, PA 15219. During this hearing, the Court will hear from any objectors or other class members who wish to address the Court and will hear argument from class counsel regarding, *inter alia*, the following issues: whether the settlement of the Pennsylvania Minimum Wage Act claim warrants final approval under Civil Rule 23(e)(2); whether the service award described in Section 11 of the Agreement should be approved; and whether the attorney's fees and costs sought by class counsel and described in Section 12 of the Agreement should be approved under Civil Rule 23(h). This hearing shall be subject to adjournment by the Court without further notice to class members other than that which may be posted by the Court.

---

[1] **NOTE TO THE COURT:** Class counsel recommends that the final approval hearing occur approximately 120 days after the entry of this preliminary approval order. This will ensure that the parties have adequate time to complete the notice process contemplated in the Agreement.

7. Seven (7) calendar days prior to the final approval hearing, class counsel shall file all papers in support of the final approval of the settlement and the associated issues described in paragraph 6 above.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE
