IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN BEAUREGARD,<br>       Plaintiff,<br>v.<br>BROADWAY ELECTRIC SERVICE CORPORATION,<br>       Defendant. | No. 2:21-cv-01600-WSS |

**PLAINTIFF'S UNOPPOSED MOTION FOR
CERTIFICATION OF THE SETTLEMENT CLASS, FINAL
APPROVAL OF THE SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 76-1, Plaintiff Justin Beauregard ("Beauregard") and Defendant Broadway Electric Service Corporation ("BESCO") have agreed to settle this lawsuit on behalf of a 234-member class of individuals who worked as hourly construction employees for BESCO at the petrochemical facility located in Monaca, PA in any workweek from May 11, 2020 through July 15, 2022 (the "Class" or "Class Members").

On August 15, 2023, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the Class, and appointing the undersigned to serve as interim class counsel. *See* Doc. 74. The notice process is complete. *See generally* Declaration of Misty McKinnon ("McKinnon Dcl.") (Doc. 76-2). **None** of the Class Members have submitted objections to, or requests to be excluded from, the settlement. *Id.* at ¶¶ 9-10.

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a fairness hearing for January 8, 2024, *see* Docs. 74 at ¶ 6 and 75, and, in anticipation of the hearing, Beauregard respectfully asks the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and

23(b)(3), a settlement class comprised of the 234 Class Members

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rile 23(e)(2);

- Approving the payment of a $7,500.00 service award to Beauregard;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC and Conboy Law, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $145,000.00 to compensate class counsel for reasonable attorney's fees and expenses (including settlement administration expenses).

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of Misty McKinnon, R. Andrew Santillo and Timothy Conboy, and the accompanying Memorandum of Law.

**WHEREFORE**, Beauregard, on behalf of himself and other Class Members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date: December 22, 2023                     Respectfully submitted,

/s/ R. Andrew Santillo
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

Timothy Conboy
Conboy Law, LLC
733 Washington Road, Suite 201
Pittsburgh, PA 15228

*Proposed Class Counsel*